American Express Company, defendant in error, v. Otto Kasch, plaintiff in error. Gen. No. 25,845.

Action in contract for an accounting for funds received from sale of money orders. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920. Rehearing denied July 12, 1920. *Certiorari* denied by Supreme Court (making opinion final).

George B. Cohen and C. C. Kirk, for plaintiff in error. Zimmerman, Mack & Garrett, for defendant in error.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

In re estate of William E. Bradway, deceased. Charles W. Leeming and Willard E. Pardridge, executors of last will of Sarah Pardridge, deceased, appellees, v. Clara A. Bradway and George R. Bard, administrators of estate of William E. Bradway, deceased, appellants. Gen. No. 25,867.

Action to recover rent. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920.

Elmer J. Schnackenberg, for appellants. John S. Hummer, for appellees; James E. McGrath, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

Louis Napthal, appellee, v. Thomas H. Lynch, appellant. Gen. No. 25,919.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920.

Benjamin H. Ehrlich, for appellant. Justin F. McCarthy, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

Luella McDonald, appellant, v. John C. Livingston, trading as Livingston Express & Storage Company, appellee. Gen. No. 25,931.

Action in replevin for furniture in warehouse. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded with directions. Opinion filed June 28, 1920.

Thomas S. Hogan and P. F. Murray, for appellant. John B. Fruchtl, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

City of Chicago, appellee, v. Julia Johnson, appellant. Gen. No. 25,941.

Conviction on charge of fraudulently obtaining money by means of spirit mediumship. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in this court at the March term, 1920. Reversed. Opinion filed June 28, 1920.

William A. Macintyre, for appellant. Harry B. Miller and Daniel Webster, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.